IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CURT and ANGIE BROCKMANN; STEPHANIE BRINKER;
DEAN and PATTIE BROWN; RACHELLE & TW BURTON;
KURT and DEE CHRYSLER; MARK and KIM DAUGHERTY;
DON and BESS DOSCH; DUSTIN and JILL GARY;
KIRK and HOLLY HOEFFNER; MARVIN and PATRICIA IREY;
SARAH McABEE; RITESCH and MANISHA PATEL;
BILL AND JUDY PFEIFER; DAN and PAM ROBERTS;
JON and KATHERINE SCHAEFER; MICHAEL and
LORI TENNYSON; JEFF and REBECCA WYLIE; and
MEDALLION HOMES, INC.,

Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF SHAWNEE and
SEWER DISTRICT 74,

Case No. 07-4103-JAR

Judgment Debtors,

and

GENERAL CASUALTY INSURANCE COMPANY OF
WISCONSIN,

Garnishee.

---

**NOTICE OF REMOVAL**

Garnishee, General Casualty Insurance Company of Wisconsin, hereby submits notice of removal of this action from the District Court of Shawnee County, Kansas, to the United States District Court for the District of Kansas pursuant to 28 U.S.C. §§ 1441 and 1446. Shawnee County

is in the Third Judicial District of Kansas. In accordance with Local Rule 81.1, this notice is filed in the Court's Topeka office.

The above-captioned garnishment proceedings were originally filed in the District Court of Shawnee County, Kansas, on August 22, 2007. The underlying action has been pending for less than one year from the date when any party was served with process. The first attempted service of process on garnishee occurred less than thirty days ago. Copies of all papers served on Garnishee are attached hereto and marked as Appendix A. Removal is therefore timely.

There is complete diversity of citizenship between plaintiffs and garnishee, and the amount in controversy exceeds $75,000.00. The case is one which could properly be brought in the United States District Court under jurisdiction granted by 28 U.S.C. § 1332. All plaintiffs are citizens of Kansas, and garnishee is a citizen of Wisconsin, which is both its state of incorporation and the state where its principal business office is located.

The nominal judgment debtors Board of County Commissioners of the County of Shawnee and Sewer District 74 are not real parties in interest because all claims concerning them have already been finally adjudicated by agreement with plaintiffs. If the judgment debtors' citizenship were to be deemed relevant, they would be aligned as plaintiffs and their citizenship would be diverse, both being considered citizens of the State of Kansas. The judgment debtors have no objection to the removal of these proceedings.

The garnishment proceedings are removable as a separate and distinct legal proceeding under authority of ***Bridges v. Bentley***, 716 F.Supp. 1389 (D.Kan. 1989), ***Smotherman v. Caswell***, 755 F.Supp. 346 (D.Kan. 1990), ***Liebau v. Columbia Casualty Company***, 176 F.Supp.2d 1236 (D.Kan. 2001), and ***Scanlin v. Utica First Insurance Co.***, 426 F.Supp.2d (M.D. Penn. 2006).

Respectfully Submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
P.O. Box 949
Topeka, Kansas 66601-0949
Phone: (785) 232-7761/Fax: (785) 232-6604
E-mail: sfabert@fisherpatterson.com

s/Steve R. Fabert
Steve R. Fabert #10355
**Attorney for Garnishee, General Casualty Insurance Company of Wisconsin**

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

L.J. Leatherman, #15637
PALMER, LEATHERMAN & WHITE, L.L.P.
627 SW Topeka Blvd., Suite A
Topeka, Kansas 66603-3287
(785) 233-1836/(785) 233-3703-Fax
E-Mail: ljlaw@jpalmerlaw.com

**Attorney for Plaintiffs**

James M. Crowl
Assistant Shawnee County Counselor
Shawnee County Courthouse
200 SE 7th Street, Suite 100
Topeka, KS 66603-3932
(785) 233-8200, ext. 4410
E-mail: james.crowl@co.shawnee.ks.us

**Attorney for Defendants,**
**The Board of County Commissioners of**
**the County of Shawnee and Sewer District 74**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

s/Steve R. Fabert
Steve R. Fabert

# APPENDIX A

090-06-03894 ~~349-95-95141~~
Matt V.

# Kansas Insurance Department

Sandy Praeger, Commissioner of Insurance

August 29, 2007

Ms. Anne Brouwers Smith
General Casualty Company of Wisconsin
One General Drive
Sun Prairie, WI 53596

Dear Ms. Smith:

You are hereby notified that action has been commenced against your company in the District Court of Shawnee County, State of Kansas, by Curt Brockmann.

Copies of the following papers, which were received by this Department on August 29, 2007, are enclosed:

**Order of Garnishment and Answer of Garnishee**

Thank you for your attention to this matter.

Sincerely,

Sandy Praeger

Sandy Praeger
Commissioner of Insurance

SP:dlg
Enclosures

420 SW 9th Street
Topeka, Kansas 66612-1678

785-296-3071 Phone
785-296-2283 Fax

Consumer Hotline
800-432-2484

Website
www.ksinsurance.org

ORDER OF GARNISHMENT
For Property Other Than Wages.

DIVISION 8C

FOR JUDGMENT. PLT by special p personal
DOC#0723900159

CURT BROCKMANN, Plaintiff 1
7825 SW 28TH STREET
TOPEKA KS 66614

SHAWNEE County
Return to:
Clerk of the District Court
Room 209
200 East Seventh
Topeka, Ks. 66603

BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY, Defend No. 06C 001291

ORDER OF GARNISHMENT

GENERAL CASUALTY INSURANCE COMPANY OF WISCONSIN, Garnishee
B/S KANSAS INSURANCE COMM 420 SW NINTH STREET
TOPEKA KS 66612-1678

LJ LEATHERMAN, Attorney for Plaintiff 1
627 SW TOPEKA BLVD
TOPEKA KS 66603-3287

STATE OF KANSAS, COUNTY OF SHAWNEE, S.S.
I hereby certify the above and foregoing to be a true and correct copy, the original of which is filed and entered of record in the court.
Dated
CLERK of the DISTRICT COURT
By DEPUTY

the DISTRICT COURT SHAWNEE CO. KANSAS JANUARY 29, 1861

The amount of the funds or indebtedness belonging to or owing the defendant which I shall hold shall not exceed $3,171,960.00

The State of Kansas to said Garnishee:

You are hereby ordered as a garnishee to file with the clerk of the above named court, within 45 days after service of this order upon you, your answer under oath stating whether you are at the time of the service of this order upon you, and also whether at any time thereafter but before you sign your answer, indebted to the defendant, or have in your possession or control any property belonging to the defendant, excluding earnings (compensation for personal services, whether denominated as wages, salary, commission, bonus or otherwise) due and owing the defendant and stating the amount of any such indebtedness and description of any such property. For the purpose of this order, if you are, at the time this order is served upon you, an executor or administrator of an estate containing property or funds to which defendant is or may become entitled as a legatee or distributee of the estate upon its distribution, you are deemed to be indebted to the defendant to the extent of such property or funds. You are further ordered to withhold the payment of any such indebtedness, or the delivery away from yourself of any such property, until the further order of the court. Your answer on the form served herewith shall constitute substantial compliance with this order.

Failure to file your answer may entitle the plaintiff to judgment against you for the full amount of his claim and costs.

WITNESS my hand and seal of said court at Topeka, Kansas, in said county, this 27th day of August 07.

Official
Seal of the District Court
Shawnee County, Kansas
29 January MDCCCLXI

CLERK OF THE DISTRICT COURT

NURGKDIB24
Deputy Clerk

**Your answer shall disclose the last known address of the defendant according to your records.**

RETURN

I received this Summons in Garnishment on the ________ day of ____________________ A. D. _____, at _____ o'clock ________ M. of that day, and I served the same in my County of Shawnee, State of Kansas, on the within named defendant ____, and garnishee ________, as follows: ______________________________

REV 7-99

GARNISHEE COPY–RETAIN FOR YOUR FILES

By ______________________________
Deputy Sheriff

627 SW Topeka Boulevard
Topeka, Kansas 66603-3287
800.281.1836 ▾ 785.233.1836 ▾ Fax 785.233.3703

ATTORNEYS Palmer, Leatherman & White L.L.P.

FILED BY CLERK
K.S. DISTRICT COURT
THIRD JUDICIAL DIST.
TOPEKA, KS.

2007 AUG 24 PM 3 43

Prepared by:
LJ LEATHERMAN, # 15637
MEAGHAN M. DALTON # 22085
Palmer, Leatherman & White, L.L.P.
627 SW Topeka Boulevard
Topeka, KS 66603-3810
ljlaw@jpalmerlaw.com
(785) 233-1836 (Office)
(785) 233-3703 (Fax)
Attorneys for Judgment Creditors

IN THE DISTRICT COURT OF
SHAWNEE COUNTY, KANSAS

CURT and ANGIE BROCKMANN;
STEPHANIE BRINKER;
DEAN and PATTIE BROWN;
RACHELLE & TW BURTON;
KURT and DEE CHRYSLER;
MARK and KIM DAUGHERTY;
DON and BESS DOSCH;
DUSTIN and JILL GARY;
KIRK and HOLLY HOEFFNER;
MARVIN and PATRICIA IREY;
SARAH McABEE;
RITESCH and MANISHA PATEL;
BILL and JUDY PFEIFER;
DAN and PAM ROBERTS;
JON and KATHERINE SCHAEFER;
MICHAEL and LORI TENNYSON;
JEFF and REBECCA WYLIE, and;
MEDALLION HOMES, INC.

06C 1291
Div 6

Judgment Creditors,

Pursuant to Chapter 60 of
Kansas Statutes Annotated

Type of Service Requested: Upon Insurance Commissioner Pursuant to K.S.A. §60-304(g).

**REQUEST FOR GARNISHMENT**
**(To Attach Other Than Earnings)**

627 SW Topeka Boulevard
Topeka, Kansas 66603-3287
800.281.1836 ▼ 785.233.1836 ▼ Fax 785.233.3703

ATTORNEYS
Palmer, Leatherman & White
L.L.P.

The aforementioned judgment creditors request that the court issue an Order of Garnishment (To Attach Other Than Earnings) for the judgment debtor listed below in the amount of the judgment shown below.

| Case No. | Judgment Debtor Name and Address | Garnishee's Name and Address | Judgment Amount | Amount to be Withheld (110%) |
|---|---|---|---|---|
| 06 C-1291 | The Board of County Commissioners of the County of Shawnee and Sewer District 74 Shawnee County Courthouse 200 SE 7th Street, Ste. 100 Topeka, KS 66603-3932. | General Casualty Insurance Company of Wisconsin, One General Drive Sun Prairie, WI 53596 | $2,883,600.00* | $3,171,960.00 |

*The judgment amount is the current balance and my also include costs, fees, interest and any other items included in the judgment.

If this Garnishment is to attach funds, credits, or indebtedness held by a bank, savings and loan association, credit union or finance company, the amount to be withheld is indicated above, which is 110% of the amount of judgment creditor's claim, in the case of prejudgment garnishment, or 110% of the amount of the current balance due under the judgment, in the case of postjudgment garnishment.

I hold a good faith belief that the party to be served with this garnishment order has, or will have, assets of the judgment debtor.

Dated: Aug 24, 2007.

**LJ LEATHERMAN, # 15637**
**MEAGHAN M. DALTON # 22085**
Palmer, Leatherman & White, L.L.P.
627 SW Topeka Boulevard
Topeka, KS 66603-3810
ljlaw@jpalmerlaw.com
(785) 233-1836 (Office)
(785) 233-3703 (Fax)
Attorneys for Judgment Creditors

# INSTRUCTIONS TO GARNISHEE
(To Attach Other Than Earnings)

You must complete the Answer form which accompanies these instructions within 10 days after the garnishment order is served on you. The Answer form covers two (2) types of property:

(1) Money, funds, credits or other indebtedness you owe to the judgment debtor (other than earnings). You must disclose on the Answer any money that you owe to the judgment debtor as of the date the order is served on you and any money that you owe to the judgment debtor up until the time you complete the Answer form.

(2) Intangible property or funds of an estate in which the judgment debtor is a beneficiary under the estate. If you are an executor or administrator of the estate, you must disclose the information about the estate required on the Answer form and not deliver to the judgment debtor any such intangible property or funds until further order of the Court from which the order of garnishment was issued.

If more than one of the categories above applies to you, then you must complete all sections of the Answer form which apply.

Earnings are defined as compensation for personal services, whether called wages, salary, commission, bonus or otherwise, which is paid to an employee. If the judgment debtor is an employee of yours, then the compensation you pay for personal services is earnings and you do not disclose this under category 1. If the judgment debtor works for you other than as an employee, such as under a contract or as a contractor, then the money you pay for the work is not earnings and you must disclose all of the money due the judgment debtor in category 1 above.

Joint Account. If you are a bank, savings and loan association, credit union or finance company and you hold funds or credits or are indebted to the judgment debtor on an account which the judgment debtor owns in joint tenancy with one or more individuals who are not subject to the garnishment, you shall withhold the entire amount sought by the garnishment. You shall not be liable to the joint owners if it is later determined that the judgment debtor does not own the funds.

Administrative Fee: From funds, credits or indebtedness due the judgment debtor, you may withhold and retain to defray your costs an administrative fee of $10 for each garnishment order served on you that attaches funds, credits or indebtedness. Such administrative fee shall be in addition to the amount required to be withheld under the order for garnishment, except that if the amount required to be withheld under the order for garnishment is greater than the amount of the funds, credits or indebtedness held by the garnishee, the fee shall be deducted from the amount withheld.

If you are a bank, savings and loan association, credit union or finance company, and are holding any funds, credits or indebtedness belonging to or owing the judgment debtor, the amount to be withheld by you pursuant to the order shall not exceed the amount stated in the order.

Sign and date the Answer form under penalty of perjury on the line provided at the bottom of the form and file it with the clerk of the district court at the following address: ____________________

Hold the money or property disclosed in the Answer form until you receive an order from the court which will instruct you how to pay the amount that you are holding as indicated by your Answer or such lesser amount as may be indicated in the order.

The garnishee may release the funds, credits, or indebtedness that have been attached pursuant to the order of indebtedness if no order to pay the court has been received within 60 days following the receipt of the answer of the garnishee by the court.

Personal Information Sheet
August 27, 2007

Document Title: Garnishment Order
Document Number: 0723900159

Case Number: 06C 001291

Name: BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY

Address Information

200 SE 7TH STREET
TOPEKA, KS 66603

County: SHAWNEE
Telephone

SSN:
Driver's License:
D.O.B:
Race:
Gender:
Height:
Weight:
Hair color:
Eye color:

WARNING! The information above is of a personal and private nature and should not be shared with the public pursuant to Kansas Supreme Court Rule 196.

**ANSWER OF GARNISHEE**

FOR JUDGMENT PLT DOC#07239001??

CURT BROCKMANN, Plaintiff 1
7825 SW 28TH STREET
TOPEKA KS 66614

SHAWNEE County
Return to:
Clerk of the District Court
Room 209
200 East Seventh
Topeka, Ks. 66603

BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY, Defend No. 06C 00129

**ORDER OF GARNISHMENT**

GENERAL CASUALTY INSURANCE COMPANY OF WISCONSIN, Garnishee
B/S KANSAS INSURANCE COMM 420 SW NINTH STREET
TOPEKA KS 66612-1678

STATE OF KANSAS, COUNTY OF SHAWNEE, S.S.
I hereby certify the above and foregoing to be a true and correct copy, the original of which is filed and entered of record in the court
Dated ____________
CLERK of the DISTRICT COURT
By ____________ DEPUTY

LJ LEATHERMAN, Attorney for Plaintiff 1
627 SW TOPEKA BLVD
TOPEKA KS 66603-3287

The amount of the funds, credits or indebtedness belonging to or owing the defendant which I shall hold shall not exceed $3,171,460.00

STATE OF KANSAS
COUNTY OF SHAWNEE } ss.

________________________________ being first duly sworn, say that on the ________ day of ______________, ________, I was served with an order of garnishment in the above entitled action, that I have not delivered to the defendant ____________________ any money, personal property, goods, chattels, stocks, rights, credits nor evidence of indebtedness belonging to him, other than earnings since receiving said order of garnishment, and that the following is a true and correct statement:

(1) **Money or Indebtedness Due.** I hold money or am indebted to said defendant, other than for earnings due and owing defendant, as of the date of this answer, in the following manner and amounts, to wit: ____________________

(2) **Personal Property in Possession.** I have possession of personal property, goods, chattels, stocks, rights, credits, or effects of said defendant, as of the date of this answer, described and having an estimated value as follows, to wit: ____________________

(3) **To be answered by garnishee who is an executor or administrator of an estate.** I am an ____________ (executor or administrator) of the estate of ____________________ containing funds or property to which defendant is or may become entitled as a ____________ (legatee or distributee) and I understand that the order of garnishment has the effect of attaching and creating a first and prior lien on all such property or funds to which defendant becomes entitled upon distribution of the estate and that I am prohibited from delivering to defendant any such property or funds until further order of the court from which the order of garnishment was issued. The approximate date for distributing the assets of the estate is ____________
____________, ________

I will hold the above described moneys or other items in my possession until the further order of the court.

____________________
(Signature), Garnishee

Subscribed and sworn to before me this ________ day of ____________, ________.

____________________
Notary Public, Clerk or Deputy Clerk

Seal

____________________
My Commission expires

REV 7-99

**DO NOT PAY IN ANY MONEY TO COURT UNTIL YOU RECEIVE AN ORDER TO PAY.**

COURT COPY–RETURN TO THE COURT

**ANSWER OF GARNISHEE**

[redacted] [redacted]

TOPEKA [illegible] DOC#07239615[illegible]

CURT BROCKMANN Plaintiff SHAWNEE County
7628 SW 28TH STREET
TOPEKA KS 66614

Return To:
Clerk of the District Court
Room 209
200 East Seventh
Topeka, Ks 66603

BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY, Defendant No. 06C 001291

**ORDER OF GARNISHMENT**

GENERAL CASUALTY INSURANCE COMPANY OF WISCONSIN, Garnishee CHAPTER 56
C/O KANSAS INSURANCE COMM 420 SW NINTH STREET
TOPEKA KS 66612-1678

LJ LEATHERMAN, Attorney for Plaintiff
627 SW TOPEKA BLVD
TOPEKA KS 66603-3287

August 2?, 200?

The amount of the funds, credits or indebtedness belonging to or owing the defendant which I shall hold shall not exceed $[illegible]

STATE OF KANSAS
COUNTY OF SHAWNEE } ss.

[redacted]

____________ being first duly sworn, say that on the ______ day of ____________, ______, I was served with an order of garnishment in the above entitled action, that I have not delivered to the defendant ____________ any money, personal property, goods, chattels, stocks, rights, credits nor evidence of indebtedness belonging to him, other than earnings since receiving said order of garnishment, and that the following is a true and correct statement:

(1) **Money or Indebtedness Due.** I hold money or am indebted to said defendant, other than for earnings due and owing defendant, as of the date of this answer, in the following manner and amounts, to wit: ____________

(2) **Personal Property in Possession.** I have possession of personal property, goods, chattels, stocks, rights, credits, or effects of said defendant, as of the date of this answer, described and having an estimated value as follows, to wit: ____________

(3) **To be answered by garnishee who is an executor or administrator of an estate.** I am an ____________ (executor or administrator) of the estate of ____________ containing funds or property to which defendant is or may become entitled as a ____________ (legatee or distributee) and I understand that the order of garnishment has the effect of attaching and creating a first and prior lien on all such property or funds to which defendant becomes entitled upon distribution of the estate and that I am prohibited from delivering to defendant any such property or funds until further order of the court from which the order of garnishment was issued. The approximate date for distributing the assets of the estate is ____________, ______

[redacted]

I will hold the above described moneys or other items in my possession until the further order of the court.

________________________
(Signature), Garnishee

Subscribed and sworn to before me this ______ day of ____________, ______.

________________________
Notary Public, Clerk or Deputy Clerk

Seal

________________________
My Commission expires

REV 7-99

**DO NOT PAY IN ANY MONEY TO COURT UNTIL YOU RECEIVE AN ORDER TO PAY.**

ATTORNEY COPY—RETURN TO COURT

**ANSWER OF GARNISHEE**

[redacted]

[redacted]

[illegible] BROCKMANN Plaintiff
[illegible] SW 28TH STREET
TOPEKA KS [illegible]

SHAWNEE COUNTY
[illegible]
Clerk of the District Court
Room 209
200 East Seventh
Topeka, Ks. 66603

BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY Defendant No. 06C 00129.

**ORDER OF GARNISHMENT**

GENERAL CASUALTY INSURANCE COMPANY OF WISCONSIN, Garnishee **CHAPTER** 60
D/B KANSAS INSURANCE COMP 420 SW NINTH STREET
TOPEKA KS 66612-1675

[illegible] LEATHERMAN, Attorney for Plaintiff
[illegible] SW TOPEKA BLVD
TOPEKA KS 66603-[illegible]

The amount of the funds, credits or indebtedness belonging to or owing the defendant which I shall hold shall not exceed $ [illegible]

[redacted]

STATE OF KANSAS
COUNTY OF SHAWNEE } ss.

____________________ being first duly sworn, say that on the __________ day of ________________, __________. I was served with an order of garnishment in the above entitled action, that I have not delivered to the defendant ____________________ any money, personal property, goods, chattels, stocks, rights, credits nor evidence of indebtedness belonging to him other than earnings since receiving said order of garnishment, and that the following is a true and correct statement:

(1) **Money or Indebtedness Due.** I hold money or am indebted to said defendant, other than for earnings due and owing defendant, as of the date of this answer, in the following manner and amounts, to wit: ____________________

(2) **Personal Property in Possession.** I have possession of personal property, goods, chattels, stocks, rights, credits, or effects of said defendant, as of the date of this answer, described and having an estimated value as follows, to wit: ____________________

(3) **To be answered by garnishee who is an executor or administrator of an estate.** I am an ________________ (executor or administrator) of the estate of ____________________ containing funds or property to which defendant is or may become entitled as a ________________ (legatee or distributee) and I understand that the order of garnishment has the effect of attaching and creating a first and prior lien on all such property or funds to which defendant becomes entitled upon distribution of the estate and that I am prohibited from delivering to defendant any such property or funds until further order of the court from which the order of garnishment was issued. The approximate date for distributing the assets of the estate is ________________
____________________, ________

[redacted]

I will hold the above described moneys or other items in my possession until the further order of the court.

______________________________
(Signature), Garnishee

Subscribed and sworn to before me this __________ day of ____________________, ________.

______________________________
Notary Public, Clerk or Deputy Clerk

Seal

______________________________
My Commission expires

REV 7-99

**DO NOT PAY IN ANY MONEY TO COURT UNTIL YOU RECEIVE AN ORDER TO PAY.**

DEFENDANT'S COPY–RETURN TO COURT

ANSWER OF GARNISHEE

[redacted]

[redacted]

No.

ORDER OF GARNISHMENT

CHAPTER

STATE OF KANSAS
COUNTY OF SHAWNEE } ss.

[redacted]

________________________________________________ being first duly sworn, say that on th
__________ day of ____________________, __________. I was served with an order of garnishment in the abov
entitled action, that I have not delivered to the defendant __________________________________
any money, personal property, goods, chattels, stocks, rights, credits nor evidence of indebtedness belonging to him, other than earnings since receiving said order of garnishment, and that the following is a true and correct statement:

(1) **Money or Indebtedness Due.** I hold money or am indebted to said defendant, other than for earnings due and owing defendant, as of the date of this answer, in the following manner and amounts, to wit: ________________________

________________________________________________________________

(2) **Personal Property in Possession.** I have possession of personal property, goods, chattels, stocks, rights, credits, o effects of said defendant, as of the date of this answer, described and having an estimated value as follows, to wit: ____________________

________________________________________________________________

(3) **To be answered by garnishee who is an executor or administrator of an estate.** I am an ________________________ (executor or administrator)
of the estate of ________________________________________ containing funds or property t
which defendant is or may become entitled as a ________________________ (legatee or distributee) and I understand that the order o
garnishment has the effect of attaching and creating a first and prior lien on all such property or funds to which defendant become entitled upon distribution of the estate and that I am prohibited from delivering to defendant any such property or funds unti further order of the court from which the order of garnishment was issued. The approximate date for distributing the assets of the estate is ____________________

__________________________________, ________

[redacted]

I will hold the above described moneys or other items in my possession until the further order of the cour

________________________________________
(Signature), Garnishee

Subscribed and sworn to before me this __________ day of _________________________________. ________.

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Notary Public, Clerk or Deputy Clerk

Seal

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
My Commission expires

REV 7 -99

**DO NOT PAY IN ANY MONEY TO COURT UNTIL YOU RECEIVE AN ORDER TO PAY**

GARNISHEE COPY—RETAIN FOR YOUR FILE

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

**ORDER OF GARNISHMENT**
**For Property Other Than Wages.**

FOR JUDGMENT.

06 DIVISION

by special p personal
PLT DOC#072390015 9REPRIN

CURT BROCKMANN, Plaintiff 1
7825 SW 28TH STREET
TOPEKA KS 66614

SHAWNEE County
Return to:
Clerk of the District Court
Room 209
200 East Seventh
Topeka, Ks. 66603

BOARD OF COUNTY COMMISSIONERS OF SHAWNEE COUNTY, Defend

No. 06C 001291

CHAPTER 60

GENERAL CASUALTY INSURANCE COMPANY OF WISCONSIN, Garnishee
B/S KANSAS INSURANCE COMM 420 SW NINTH STREET
TOPEKA KS 66612-1678

LJ LEATHERMAN, Attorney for Plaintiff 1
627 SW TOPEKA BLVD
TOPEKA KS 66603-3287

ORDER OF GARNISHMENT
STATE OF KANSAS, COUNTY OF SHAWNEE, S.S.
I hereby certify the above and foregoing to be a true and correct copy, the original of which is filed and entered of record in the court
Dated August 27, 2007
CLERK of the DISTRICT COURT
By [signature]
DEPUTY

(Seal: DISTRICT COURT, SHAWNEE CO., KANSAS, JANUARY 29, 1861)

The State of Kansas to said Garnishee:

The amount of the funds, credits or indebtedness belonging to or owing the defendant which I shall hold shall not exceed $ 3,171,960.00. 10/11/2007

You are hereby ordered as a garnishee to file with the clerk of the above named court, within 45 days after service of this order upon you, your answer under oath stating whether you are at the time of the service of this order upon you, and also whether at any time thereafter but before you sign your answer, indebted to the defendant, or have in your possession or control any property belonging to the defendant, excluding earnings (compensation for personal services, whether denominated as wages, salary, commission, bonus or otherwise) due and owing the defendant and stating the amount of any such indebtedness and description of any such property. For the purpose of this order, if you are, at the time this order is served upon you, an executor or administrator of an estate containing property or funds to which defendant is or may become entitled as a legatee or distributee of the estate upon its distribution, you are deemed to be indebted to the defendant to the extent of such property or funds. You are further ordered to withhold the payment of any such indebtedness, or the delivery away from yourself of any such property, until the further order of the court. Your answer on the form served herewith shall constitute substantial compliance with this order.

Failure to file your answer may entitle the plaintiff to judgment against you for the full amount of his claim and costs.

WITNESS my hand and seal of said court at Topeka, Kansas, in said county, this 27th day of August 07.

Official
Seal of the District Court
Shawnee County, Kansas
29 January MDCCCLXI

CLERK OF THE DISTRICT COURT

HUBGXDIB24
Deputy Clerk

**Your answer shall disclose the last known address of the defendant according to your records.**

## RETURN

I received this Summons in Garnishment on the ______ day of ______________ A. D. ______, at ______ o'clock ______ M. of that day, and I served the same in my County of Shawnee, State of Kansas, on the within named defendant ____, and garnishee ______, as follows: ______________________________

______________________________

______________________________

REV 7-99

GARNISHEE COPY–RETAIN FOR YOUR FILES

By ______________________________
Deputy Sheriff